**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Haitam Zitouni
      Petitioner

                 V.

CIVIL ACTION

NO.  1:26-cv-12255ADB

Todd Lyons et al
      Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

       In accordance with the Court's Electronic Order dated May 26, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

                        By the Court,

May 26, 2026
      Date

                       /s/Caetlin McManus
                            Deputy Clerk